ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ZUNIGA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE,<br><br>    Respondent. | Case No. CV 10-4071 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: June 3, 2010

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY